IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:08CR00054-06 JLH | |
| MARK DAVIS | | DEFENDANT |

### ORDER

Mark Davis has filed a motion for early termination of probation. The United States must respond to the motion, after conferring with the probation office, on or before September 26, 2014.

IT IS SO ORDERED this 12th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE